UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-00037
David Launiu )
 )  Chapter: 7
 )  Honorable Jacqueline P Cox
 )  Cook
 Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for GSAA Home Equity Trust 2004-11, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for GSAA Home Equity Trust 2004-11 its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 1123 W Wolfram St, Chicago, IL 60657.

(2) Rule 4001(a)(3) is waived and DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for GSAA Home Equity Trust 2004-11 may immediately enforce and implement this order granting relief from the automatic stay.

Enter: *Jacqueline P. Cox*
_____
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 01, 2022

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-22-01423)