UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**DAVID LAUNIUS**,<br><br>DEBTOR. | CASE NO.: 22-00037<br><br>CHAPTER 7<br><br>HON. JACQUELINE P. COX |

TO:  See Attached List

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, April 12, 2022** at **1:00 PM**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the **Motion To Take Rule 2004 Examination of the Debtor**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/.  (2) Enter the meeting ID **1612732896**. (3) Enter the passcode **778135**.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID **1612732896**. (3) Enter passcode **778135**.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

BY:/s/ JOSEPH E. COHEN
JOSEPH E. COHEN
105 W. Madison Street
Suite 1100
Chicago, IL 60602
312/368-0300
jcohen@cohenandkrol.com

1

## CERTIFICATE OF SERVICE

I, Joseph E. Cohen, certify that on March 30, 2022, I caused to be served copies of the **Notice of Motion and Motion To Take Rule 2004 Examination of the Debtor** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail on all other entities shown at the addresses listed below.

/s/ *Joseph E. Cohen*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Peter C Bastianen – service through CM/ECF
Phillip D Levey - service through CM/ECF
Todd J. Ruchman – service through CM/ECF
Justin R. Storer – service through CM/ECF

**Parties Served via First Class Mail:**

David Launius
5742 N. Kingsdale Ave.
Chicago, IL 60646
jcohen@cohenandkrol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **DAVID LAUNIUS,** | ) | NO. 22-00037 |
| | ) | |
| Debtor. | ) | Judge Cox |

**MOTION TO TAKE RULE 2004 EXAMINATION OF THE DEBTOR**

Now comes Todd Stern and Adam Steinberg, ("Creditors"), pursuant to Fed. R. Bankr. P. 2004, and hereby requests this Court to enter an order allowing the creditors to take Rule 2004 examination of the debtor and in support of this request states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

3. On November 7, 2021 ("Petition Date"), the Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4. On or about the same time, Phillip D Levey was appointed the Chapter 7 Trustee.

5. Todd Stern and Adam Steinberg are unlisted creditors of the Debtor as they have a pending counter-claim against the Debtor in pending state court litigation.

6. U.S. Bankruptcy Rule 2004 (c) provides for the attendance of an entity for examination and for production of document as may be compelled as provided for in U.S. Bankruptcy Rule 9016 for the attendance of a witness at a hearing or trial. Courts agree that the scope of Rule 2004 examination is very broad and great latitude of inquiry is ordinarily permitted.

*See, e.g., In re Handy Andy Home Improvement Center, Inc*. 199 B. R. 376 (Bankr. N.D. III 1966); *In re Fin, Corp. Of AM.*, 119 B.R. 728 (Bankr. C.D. Cal. 1990). The scope is so broad, in fact, that examinations allowed under the Bankruptcy Rules "can legitimately be in the nature of a "fishing expedition." *In re Wilcher*, 56 B.R. 428 (Bankr. N.D. III. 1985).

      7.      Additionally, a Rule 2004 examination "may extend to creditors and third parties who have had dealings with the debtor." *In re Welcher*, 56 B.R. 428, 433 (N.D. Ill. 1985).

      8.      The Creditors hereby seek leave to conduct written and oral 2004 discovery of Debtor.

WHEREFORE, Todd Stern and Adam Steinberg requests this Honorable Court grant them leave to conduct both oral and written 2004 discovery of the Debtor pursuant to Rule 2004 of the Rules of Bankruptcy Procedure and grant such other relief as this court deems equitable.

BY:/s/ *JOSEPH E. COHEN*
JOSEPH E. COHEN
Cohen & Krol
Attorneys for Creditors
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300
jcohen@cohenandkrol.com

2