UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 22-00037 |
|---|---|---|
| David Launius, | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

This cause coming to be heard on the motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss ("Motion"), due notice having been given, the Court having jurisdiction over this core proceeding and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED:

(1) The Motion is Granted;

(2) The last day for the United States Trustee to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 is extended to and including May 27, 2022; and

(3) The last day for the United States Trustee to file a motion to dismiss this case under 11 U.S.C. § 707 is extended to and including May 27, 2022.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: April 05, 2022

**Prepared by:**

Spencer Ezell, Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(262) 613-8737