## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22 B 00037 |
| | ) | |
| DAVID LAUNIUS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. FOR RELIEF FROM STAY

VIA ELECTRONIC NOTICE:

To:  Aja M. Carr Favors, Esq. (Trustee)   Justin R. Storer, Esq. (Debtor's Counsel)
PO Box 395                              Law Office of William J. Factor, Ltd.
Oak Lawn, Illinois 60453                105 West Madison Street, Suite 1500
                                        Chicago, Illinois 60602

VIA U.S. MAIL:
To:  David Launius (Debtor)
5742 North Kingsdale Avenue
Chicago, Illinois 60646

Please take notice that on February 14, 2023 at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Dirksen U.S. Courthouse at 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the Motion of Santander Consumer USA Inc. for Relief from Stay, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 273 2896 and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

Santander/Launius/Motion for Relief from Stay

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                         Respectfully submitted,

                                                         SANTANDER CONSUMER USA INC.,
                                                         Creditor,

                                                         By: ___/s/ Cari A. Kauffman___
                                                         One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on February 1, 2023, before the hour of 5:00 p.m.

                                                                  ___/s/ Cari A. Kauffman___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22 B 00037 |
| | ) | |
| DAVID LAUNIUS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## MOTION OF SANTANDER CONSUMER USA INC. FOR RELIEF FROM STAY

SANTANDER CONSUMER USA INC. ("Santander"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2023), and such other Sections and Rules may apply, to enter an Order granting relief from the stay provided therein. In support thereof, Santander states as follows:

1. On January 4, 2022, David Launius ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Santander is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2014 BMW M5 motor vehicle bearing a Vehicle Identification Number of WBSFV9C59ED593812 (the "Vehicle"). (See Ex. "A").

3. The current total outstanding balance due to Santander from the Debtor for the Vehicle is $36,929.14.

4. Debtor has failed to provide Santander with proof of full coverage insurance for the Vehicle listing Santander as the lienholder/loss payee and has failed to make required payments to Santander due on and after May 29, 2020.

5. As such, Santander seeks relief from the automatic stay so that Santander may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

6. Debtor has not offered, and Santander is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

7. Santander will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

8. Santander requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Santander Consumer USA Inc. respectfully requests that this Court enter an Order, as attached hereto, granting relief from the stay provided by Section 362 of the Bankruptcy Code to permit Santander to pursue its nonbankruptcy remedies with respect to the 2014 BMW M5 motor vehicle bearing a Vehicle Identification Number of WBSFV9C59ED593812; and, for such other, further, and different relief as this Court deems just and proper.

> Respectfully submitted,
>
> SANTANDER CONSUMER USA INC.,
> Creditor,
>
> By: ___/s/ Cari A. Kauffman___
> One of its attorneys

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)