**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 22 B 00037 |
| | ) | |
| DAVID LAUNIUS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL FOR RELIEF FROM STAY**

VIA ELECTRONIC NOTICE:

To:   Aja M. Carr Favors, Esq. (Trustee)     Justin R. Storer, Esq. (Debtor's Counsel)
      PO Box 395                              Law Office of William J. Factor, Ltd.
      Oak Lawn, Illinois 60453                105 West Madison Street, Suite 1500
                                              Chicago, Illinois 60602

VIA U.S. MAIL:

To:   David Launius (Debtor)
      5742 North Kingsdale Avenue
      Chicago, Illinois 60646

Please take notice that on June 27, 2023 at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Dirksen U.S. Courthouse at 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the Motion of AmeriCredit Financial Services, Inc., d/b/a GM Financial for Relief from Stay, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

          Respectfully submitted,

          AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL,
          Creditor,

          By: ___/s/ Cari A. Kauffman___
          One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that I served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on June 9, 2023, before the hour of 5:00 p.m.

          ___/s/ Cari A. Kauffman___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 22 B 00037 |
| | ) | |
| DAVID LAUNIUS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL FOR RELIEF FROM STAY**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2023), and such other Sections and Rules may apply, to enter an Order granting relief from the stay provided therein. In support thereof, AmeriCredit states as follows:

1. On January 4, 2022, David Launius ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. AmeriCredit is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2013 Chevrolet Tahoe motor vehicle bearing a Vehicle Identification Number of 1GNSKCE04DR143071 (the "Vehicle"). (See Ex. "A").

3. The current total outstanding balance due to AmeriCredit from the Debtor for the Vehicle is $7,346.82.

4. Debtor has failed to provide AmeriCredit with proof of full coverage insurance for the Vehicle listing AmeriCredit as the lienholder/loss payee and has failed to make required payments to AmeriCredit due on and after December 5, 2022.

5. As such, AmeriCredit seeks relief from the automatic stay so that AmeriCredit may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

6. Debtor has not offered, and AmeriCredit is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

7. AmeriCredit will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

8. AmeriCredit requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order, as attached hereto, granting relief from the stay provided by Section 362 of the Bankruptcy Code to permit AmeriCredit to pursue its nonbankruptcy remedies with respect to the 2013 Chevrolet Tahoe motor vehicle bearing a Vehicle Identification Number of 1GNSKCE04DR143071; and, for such other, further, and different relief as this Court deems just and proper.

> Respectfully submitted,
>
> AMERICREDIT FINANCIAL SERVICES, INC.,
> D/B/A GM FINANCIAL,
> Creditor,
>
> By: ___/s/ Cari A. Kauffman___
> One of its attorneys

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

AmeriCredit/Launius/Motion for Relief from Stay